UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Stacie Bornigan Collier

RE: CA 04-528T
Grand Heritage Hotel Grp v. Mills

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 6/2/05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

X 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

X 8. Document violates Amended General Order 2002-01.

_____ 9. Other:____________________

ENTER: [signature]

United States Magistrate Judge

Date: 6/2/05

cc: Counsel of Record

NIXON PEABODY LLP
ATTORNEYS AT LAW

Suite 500
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Stacie B. Collier
Direct Dial: (401) 454-1018
E-Mail: sbcollier@nixonpeabody.com

RECEIVED
JUN 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

June 2, 2005

**BY HAND DELIVERY**

Clerk's Office
United States District Court
District of Rhode Island
Exchange Terrace
Providence, RI 02903

Re: Grand Heritage Hotel Group, LLC v. Victor Mills
C.A. No. 04-528T

Dear Clerk:

I enclose Plaintiff's Objection to Mills' Motion to Quash Subpoenas Duces Tecum and For Issuance of a Protective Order and Memorandum in Support in the above referenced matter for filing with the court.

Please date stamp the enclosed copy of this letter and return it to me in the self-addressed, stamped envelope provided for your convenience.

Thank you.

Sincerely,

Stacie Boeniger Collier

Enclosures
SBC/mc
cc: Andrew B. Prescott, Esq.
Melody Alger, Esq. (w/encls.)

P124632.1