**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-528T** **DATE: June 10, 2005**

**TITLE: Grand Heritage Hotel Group v. Victor Mills, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Stacie Boeniger Collier, Esq.
Melody Alger, Esq.

**PROCEEDING:**

Motion to Quash Subpoenas Duces Tecum and for Issuance of a Protective Order:

Attorneys argue.
Motion DENIED.
Order by the Court to follow.