**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**MOTION TO QUASH SUBPOENAS DUCES TECUM AND FOR ISSUANCE OF A PROTECTIVE ORDER**

Now comes the defendant, Victor Mills and hereby moves this Court for an Order quashing a subpoenas duces tecum of the Keeper of the Records of Peabody Hotel Group and the Keeper of Records of the Marriott Woodland Hills issued by Plaintiff in the above-entitled matter, attached hereto as Exhibits A and B, respectively. As the subpoenas require production of documents on Friday, June 10, 2005, Defendant requests hearing at this Court's earliest convenience. Defendant also seeks a protective order from this Court preventing discovery of the materials subpoenaed.

As grounds therefor, defendant relies on the accompanying Memorandum of Law attached hereto and made a part hereof.

6/10/05: DENIED FOR THE REASONS STATED AT TODAY'S HEARING. [signature] USMJ

Defendant,
VICTOR H. MILLS,
[signature]

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 6/1/05