UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

## MOTION TO EXTEND DISCOVERY

Now comes the defendant, Victor Mills and hereby moves this Court for an Order seeking to extend discovery from December 15, 2005 for an additional 90 days to February 15, 2006.

As grounds therefore, Defendant relies on the accompanying Memorandum of Law, attached hereto and filed herewith.

Defendant,
VICTOR H. MILLS,

GRANTED No further extensions will be granted
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
12/13/05

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

on this 22 day of **November**, 2005.

Ann Marie Lafrate