**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**MOTION TO EXTEND DISCOVERY**

Now comes the defendant, Victor Mills and hereby moves this Court for an Order seeking to extend discovery from February 15, 2006 for an additional 90 days to May 15, 2006.

As grounds therefore, Defendant relies on the accompanying Memorandum of Law, attached hereto and filed herewith.

Defendant,
VICTOR H. MILLS,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

on this 6th day of **February**, 2006.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**MEMORANDUM OF LAW OF DEFENDANT, VICTOR MILLS, IN SUPPORT OF HIS MOTION TO EXTEND TIME TO COMPELTE DISCOVERY AND AMEND PRE-TRIAL ORDER**

This is a contract claim, and multiple counterclaims arising out of Mr. Mills' termination as manager of the Providence Biltmore Hotel.

The Honorable Court has ordered discovery completed by February 15, 2006. The parties have completed four depositions and another six are currently scheduled. Plaintiff has advised that the executive of Grand Heritage will not appear for depositions in this jurisdiction, necessitating a motion to compel appearance at depositions. As a result of these depositions, additional documentation may be requested. Defendant is requesting additional time in which to obtain this documentation. The defendant does not anticipate that it will delay proceedings.

To ensure that it has the necessary discovery including any other additional documentation the defendant is requesting this Court permission to complete discovery from February 15, 2006 to May 15, 2006, and to amend its Pre-Trial Order so as to have the parties present any filings by May 19, 2006.

WHEREFORE, Defendant respectfully requests that the Court grant its motion.

Defendant,
VICTOR H. MILLS,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

on this 7th day of **February**, 2006.