UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GRAND HERITAGE HOTEL GROUP, LLC, Plaintiff, | : | |
| v. | : | C.A. No. 04-528T |
| VICTOR H. MILLS, Defendant. | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO EXTEND DISCOVERY**

Plaintiff, Grand Heritage Hotel Group, LLC ("Grand Heritage") hereby responds to Defendant's Motion to Extend Discovery, dated February 6, 2006. Grand Heritage does not oppose Defendant's motion.

GRAND HERITAGE HOTEL GROUP, LLC

By its attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax

Of counsel:

Jonathan W. Greenbaum, Esq.
NIXON PEABODY LLP
401 9th Street, N.W.
Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)
Counsel for Plaintiff
Grand Heritage Hotel Group, LLC

Dated: February 14, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Reply to Defendant's Motion to Extend Discovery was served via facsimile and first-class mail delivery, on this 14th day of February, 2006 upon:

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

Nancy R. Mahoney