FILED
FEB 0 8 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

# MOTION TO EXTEND DISCOVERY

Now comes the defendant, Victor Mills and hereby moves this Court for an Order seeking to extend discovery from February 15, 2006 for an additional 90 days to May 15, 2006.

As grounds therefore, Defendant relies on the accompanying Memorandum of Law, attached hereto and filed herewith.

Defendant,
VICTOR H. MILLS,

DENIED
Ernest C. Torres
Chief, US District Judge
2/21/06

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

on this 6th day of **February**, 2006.