**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**MOTION TO RECONSIDER AND MOTION TO EXTEND DISCOVERY**

Now comes the defendant in the above-entitled matter and hereby moves this court reconsider its denial of defendant's motion to extend discovery, which motion was not opposed by the plaintiff.

Defendant,
VICTOR H. MILLS,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

on this 24th day of **February**, 2006.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO RECONSIDER AND MOTION TO EXTEND DISCOVERY**

The defendant recently sought to extend discovery in the within matter from its close date of February 15, 2006 for an additional 90 days to May 15, 2006. As grounds therefore, defendant notes that there are multiple witnesses in this matter and that defendant's attempts to take the depositions of several witnesses have been frustrated due to the unavailability of plaintiff's agents.[1]

It should be noted that the parties have not been idle. Both parties have produced documents to the other, the defendant has answered interrogatories and four depositions have been taken in this matter. Additionally, the attorneys for both parties have been cooperative and accommodating with one another with respect to scheduling.

WHEREFORE, defendant respectfully requests that this Court reconsider its motion to extend discovery to May 15, 2006 and amend its pre-trial order accordingly.

[1] In fact, defendant has filed a motion to compel attendance at depositions whereby the plaintiff's agents have indicated that they are unavailable within the State of Rhode Island to sit for a deposition. Instead, the plaintiff has invited the defendant to fly to Portland, Oregon to take these depositions. Each of these depositions has been scheduled three times.

Respectfully Submitted,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

on this 24th day of **February**, 2006.