NIXON PEABODY LLP
ATTORNEYS AT LAW

Suite 500
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Stacie Boeniger Collier
Direct Dial: (401) 454-1018
E-Mail: sbcollier@nixonpeabody.com

January 24, 2006

**BY FACSIMILE**

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

RE: Grand Heritage Hotel Group, LLC v. Victor H. Mills
(USDC-RI C.A. No. 04-528T)

Dear Melody:

I am in receipt of your letter dated January 20th requesting that we confirm that you have until January 25 to respond to our discovery. I presume that this letter crossed in the mail with our e-mail correspondence of that date in which I indicated that the extended January 25th deadline was fine. I did want to respond to your request that we discuss rescheduling the depositions of Messrs. Wali and Mason. As we have previously discussed, both live out of state and do not have plans to be in Rhode Island in the near future. Although you had in the past indicated that you did not want to travel to conduct their depositions, our offer to set up depositions where they reside is still open. Please let me know if you want to do soon.

Thank you.

Sincerely,

Stacie Boeniger Collier

P130902.1