LAW OFFICES OF
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
ATTORNEYS AT LAW

155 SOUTH MAIN STREET, SUITE 101
PROVIDENCE, RHODE ISLAND 02903-2963
401-331-1434
FAX 401-351-9653

DENNIS S. BALUCH
ANTHONY J. GIANFRANCESCO
PETER F. MATHIEU
MELODY A. ALGER**
VERONICA A. AMARAL*

*also admitted in MA
**also admitted in MA and IL
***also admitted in MN

DAVID J. SZERLAG***
*of Counsel*

ARTHUR D. WRIGHT, III, ESQ.
*(1958 - 2005)*
*of Counsel*

January 27, 2006

Stacie Collier, Esq.
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

Re: Grand Heritage Hotel Group, LLC v. Victor H. Mills
United States District Court, C.A. No.: 04-528-T

Dear Stacie:

As discovery is now closing, I need to take the following depositions of the people in the attached notices. As always, I am happy to reschedule at a time that is most convenient for you, but I did want to get the deposition notices out prior to discovery closing in this matter. With respect to your offer for me to take the depositions of Grand Heritage executives in the states where they respectively reside (your letter said nothing about John Cullen, I also want to take his deposition), I am going to have to insist that the depositions take place here.

These are Grand Heritage executives. Grand Heritage chose to bring its complaint in this jurisdiction and has identified its executives as having particular knowledge as to its complaint. The defendant should not have to fly across the country and pay a lawyer to do the same, in order to defend himself. Additionally, I have scheduled the depositions of Coni Holland and Autumn Negent. Please advise whether Grand Heritage will make these witnesses available or whether you will require me to subpoena them.

Please let me know of your position in this matter.

Very truly yours,

Melody A. Alger, Esquire

MAA:ami/enc.
Cc: Victor Mills