UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**NOTICE OF DEPOSITION**

**DATE:** **Thursday, July 28, 204**
**TIME:** **2:00 PM**
**DEPONENT:** **Bashar Walli**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the Defendant in the above-captioned action will take the deposition of **Bashar Walli**, upon oral examination, which examination will continue from day to day until completed, the same to commence at **2:00 P.M. on Thursday, July 28, 2005**, at the offices of MELODY A. ALGER, ESQUIRE, 155 South Main Street, Suite 101, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island.

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 831-1434

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

Pat Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, Rhode Island 02806

on this 23 day of **June**, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

## NOTICE OF DEPOSITION

**DATE:** **Friday, July 29, 2005**
**TIME:** **10:00 AM**
**DEPONENT:** **Michael Mason**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the Defendant in the above-captioned action will take the deposition of **Michael Mason**, upon oral examination, which examination will continue from day to day until completed, the same to commence at **10:00 A.M. on Friday, July 29, 2005**, at the offices of MELODY A. ALGER, ESQUIRE, 155 South Main Street, Suite 101, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island.

Melody A. Alger, ~~Esquire~~ #4585
Baluch, ~~Gianfrancesco~~, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

6/2?

Pat Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, Rhode Island 02806

on this 23 day of **June**, 2005.

Ann Marie Cafrate

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

## NOTICE OF DEPOSITION

**DATE:** **Tuesday, December 6, 2005**
**TIME:** **10:00 AM**
**DEPONENT:** **Bashar Wali**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the Defendant in the above-captioned action will take the deposition of **Bashar Wali**, upon oral examination, which examination will continue from day to day until completed, the same to commence at **10:00 A.M. on Tuesday, December 6, 2005**, at the offices of MELODY A. ALGER, ESQUIRE, 155 South Main Street, Suite 101, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island.

Melody A. Alger, Esquire #4585
Baluch,Gianfrancesco,Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

Pat Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, Rhode Island 02806

on this 22 day of **November**, 2005. Ann Marie Ciafrato

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

## NOTICE OF DEPOSITION

**DATE:** **Tuesday, December 6, 2005**
**TIME:** **2:00 PM**
**DEPONENT:** **John Cullen**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the Defendant in the above-captioned action will take the deposition of **John Cullen**, upon oral examination, which examination will continue from day to day until completed, the same to commence at **2:00 P.M. on Tuesday, December 6, 2005**, at the offices of MELODY A. ALGER, ESQUIRE, 155 South Main Street, Suite 101, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island.

Melody A. Alger, Esquire #4585
Baluch,Gianfrancesco,Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

Pat Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, Rhode Island 02806

on this 22 day of **November**, 2005.

Ann Marie Dafnatis

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**NOTICE OF DEPOSITION**

**DATE:** **Wednesday, December 7, 2005**
**TIME:** **11:00 AM**
**DEPONENT:** **Michael Mason**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the Defendant in the above-captioned action will take the deposition of **Michael Mason**, upon oral examination, which examination will continue from day to day until completed, the same to commence at **11:00 A.M. on Wednesday, December 7, 2005**, at the offices of MELODY A. ALGER, ESQUIRE, 155 South Main Street, Suite 101, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island.

Melody A. Alger, Esquire #4585
Baluch,Gianfrancesco,Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

Pat Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, Rhode Island 02806

on this 22 day of **November**, 2005. [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

# NOTICE OF DEPOSITION

**DATE:** **Tuesday, February 7, 2006**
**TIME:** **10:00 AM**
**DEPONENT:** **Bashar Wali**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the Defendant in the above-captioned action will take the deposition of **Bashar Wali**, upon oral examination, which examination will continue from day to day until completed, the same to commence at **10:00 A.M. on Tuesday, February 7, 2006**, at the offices of MELODY A. ALGER, ESQUIRE, 155 South Main Street, Suite 101, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island.

**THIS NOTICE HEREBY CANCELS THE PREVIOUS DEPOSITION SCHEDULED FOR DECEMBER 6, 2005**

Melody A. Alger, Esquire #4585
Baluch,Gianfrancesco,Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

Pat Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, Rhode Island 02806

on this 27 day of **January**, 2006.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

## NOTICE OF DEPOSITION

**DATE:** **Tuesday, February 7, 2006**
**TIME:** **2:00 PM**
**DEPONENT:** **Michael Mason**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the Defendant in the above-captioned action will take the deposition of **Michael Mason**, upon oral examination, which examination will continue from day to day until completed, the same to commence at **2:00 P.M. on Tuesday, February 7, 2006**, at the offices of MELODY A. ALGER, ESQUIRE, 155 South Main Street, Suite 101, Providence, Rhode Island, before a Notary Public duly commissioned in the State of Rhode Island.

**THIS NOTICE HEREBY CANCELS THE PREVIOUS DEPOSITION SCHEDULED FOR DECEMBER 7, 2005**

Melody A. Alger, Esquire #4585
Baluch,Gianfrancesco,Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

Pat Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, Rhode Island 02806

on this 27 day of **January**, 2006.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Rhode Island Rules of Civil Procedure, the **defendant, VICTOR MILLS,** in the above captioned action will take the deposition upon oral examination of **the person with the most knowledge at GRAND HERITAGE regarding investigation, note taking, interviewing and fact finding relative to the complaint filed against VICTOR MILLS as referred to in the plaintiff's complaint.**, The deposition will be held at the offices of Baluch, Gianfrancesco, Mathieu & Alger, 155 South Main Street, Providence, Rhode Island, 02903 on **Wednesday, February 8, 2006** commencing at **4:00 p.m.**, and continuing day to day until complete. The deponent shall produce those documents referred above on **Wednesday, February 8, 2006**. The deposition shall take place before a Notary Public duly commissioned in the State of Rhode Island.

The above deposition is being taken pursuant to Rule 30 of the RI Rules of Civil Procedure for pre-trial discovery, for use at trial and for such other purposes as may be permitted by law. The deposition will be recorded by stenographic means.

You are invited to attend and cross-examine.

Melody A. Alger, Esquire #4585
Baluch,Gianfrancesco,Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

Pat Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, Rhode Island 02806

on this 27 day of **January**, 2006.

_________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Rhode Island Rules of Civil Procedure, the **defendant, VICTOR MILLS,** in the above captioned action will take the deposition upon oral examination of **the person with the most knowledge at GRAND HERITAGE regarding investigation, note taking, interviewing and fact finding relative to the complaint filed against VICTOR MILLS as referred to in the plaintiff's complaint.**, The deposition will be held at the offices of Baluch, Gianfrancesco, Mathieu & Alger, 155 South Main Street, Providence, Rhode Island, 02903 on **Tuesday, April 4, 2006** commencing at **10:00 a.m.**, and continuing day to day until complete. The deponent shall produce those documents referred above on **Tuesday, April 4, 2006**. The deposition shall take place before a Notary Public duly commissioned in the State of Rhode Island.

The above deposition is being taken pursuant to Rule 30 of the RI Rules of Civil Procedure for pre-trial discovery, for use at trial and for such other purposes as may be permitted by law. The deposition will be recorded by stenographic means.

You are invited to attend and cross-examine.

*THIS NOTICE HEREBY CANCELS THE PREVIOUS DEPOSITION SCHEDULED FOR FEBRUARY 8, 2006*

Melody A. Alger, Esquire #4585
Baluch,Gianfrancesco,Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

Pat Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, Rhode Island 02806

on this 24 day of **February**, 2006.