NIXON PEABODY LLP
ATTORNEYS AT LAW

Suite 500
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030

Stacie Boeniger Collier
Direct Dial: (401) 454-1018
E-Mail: sbcollier@nixonpeabody.com

March 7, 2006

**BY FACSIMILE and REGULAR MAIL**

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903

RE: Grand Heritage Hotel Group, LLC v. Victor H. Mills
(USDC-RI C.A. No. 04-528T)

Dear Melody:

We would like to arrive at a compromise regarding the depositions you have noticed involving a number of out of town witnesses. I asked you after the conference if you would consider telephonic depositions and you said no. Therefore, since Michael Mason no longer works for Grand Heritage and we cannot mandate his appearance in Rhode Island, consistent with Judge Torres' suggestion, Grand Heritage is willing to pay your reasonable air fare and provide you with accommodations at its Portland property (The Governor Hotel) if you agree to take the depositions of John Cullen and Bashar Wali while you are out there. We think this is a reasonable compromise as Messrs. Cullen and Wali do not have plans to be in Rhode Island any time soon and I doubt that the court would compel Wali's deposition in Rhode Island. Please be advised that Mr. Mason will be Grand Heritage's Rule 30(b)(6) witness.

In addition, I have confirmed with Coni Holland that she will appear at the deposition you noticed for April 4th at 4:00 at your office without the need of a subpoena. I hope to know Autumn Nugent's availability soon.

As our response to your motion is due to be filed by March 10th, please let me know your thoughts and availability regarding the Portland depositions soon. We would obviously much prefer to resolve this short of judicial intervention.

P132311.1

Finally, on an unrelated matter, I enclose a copy of correspondence from Claude Zobell confirming that Ms. Mangum had no changes to her deposition transcript.

Thank you.

Sincerely,

Stacie Boeniger Collier (ml)

Stacie Boeniger Collier

SBC/ml

cc: Andrew B. Prescott, Esq.