## Collier, Stacie B

**From:** Collier, Stacie B
**Sent:** Thursday, March 09, 2006 12:46 PM
**To:** 'Melody Alger'
**Subject:** RE: Grand Heritage/Mills

Thanks for clarifying. My understanding is that the motion for sj will stay the pretrial deadline, so that shouldn't be a consideration. You noticed the most recent depositions for April, we can work with you on dates. I want to say for the record that the characterization of Mason as our "key witness" is your's, not our's and to my knowledge, Mason has not been in town since you noticed his deposition.

-----Original Message-----
**From:** Melody Alger [mailto:mel.alger@verizon.net]
**Sent:** Thursday, March 09, 2006 12:11 PM
**To:** Collier, Stacie B
**Subject:** RE: Grand Heritage/Mills

Letter is in dictation – and there's a couple of hours of dictation to be transcribed so don't know if it will be out this aft.

I do not have the time to travel and stay in Portland to conduct multi-day depos – esp since I will now apparently have to work on an opposition to a MSJ. Plus, given court-excusal, pretrial date and other depos scheduled – there's not enough time. I have been trying to depose these guys since October. I agreed to do Mike Mason's, your key witness, when he was in town. I am now hearing in March that Mike Mason, your key witness, has not been an employee since December. My position is that you must produce him or withdraw him as a witness. My position is also that you are the Plaintiff, you chose the forum, you have a property here (and I know these guys have been to Prov since October), so they should appear here. That's basically it.

Letter is likely more genteel but I am running out the door -- forgive.

---

**From:** Collier, Stacie B [mailto:SBCollier@nixonpeabody.com]
**Sent:** Thursday, March 09, 2006 11:49 AM
**To:** Melody Alger
**Subject:** RE: Grand Heritage/Mills

I'm a little confused by your email and am assuming your letter lays your position out in more detail. So, please be sure to fax the letter as soon as possible to my attention so I can prepare our objection today. If yousend it to my desktop fax (866-947-1345), I will get it more promptly.
Thanks, Stacie

-----Original Message-----
**From:** Melody Alger [mailto:mel.alger@verizon.net]
**Sent:** Thursday, March 09, 2006 9:14 AM
**To:** Collier, Stacie B
**Subject:** RE: Grand Heritage/Mills

The letter is in dictation explaining why I can't agree – for a couple of different reasons, one of which is because I just don't have the time to do so before our pretrials are due. And I'm court excused from the 15th through the 24th (Vail). Sorry I can't accommodate on this one – letter to follow. m

---

**From:** Collier, Stacie B [mailto:SBCollier@nixonpeabody.com]
**Sent:** Thursday, March 09, 2006 8:08 AM
**To:** Melody Alger
**Cc:** Prescott, Andrew B.
**Subject:** Grand Heritage/Mills

Hi Mel -- I just wanted to make sure you got my 3/7 letter offering a compromise in response to your motion to compel. I hadn't heard back from you and our opposition is due tomorrow, so I wanted to check in. Please let me know your position today. Thanks, Stacie

Stacie Boeniger Collier, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1018
(401) 454-1030 (facsimile)
SBCollier@nixonpeabody.com