Grand Heritage
HOTEL GROUP

June 23, 2004

**PERSONAL AND CONFIDENTIAL**

Mr. Victor Mills
244 High Meadow Street
Wood Ranch, CA 93065

Re: Employment as Vice President, Operations - East

Dear Mr. Mills:

On behalf of Grand Heritage Management, LLC ("Grand Heritage" or "Company"), it is a sincere pleasure for us to extend an offer of employment to you as Vice President, Operations - East. The terms of this offer are set forth below.

1. Employment. You shall be employed by Grand Heritage as Vice President, Operations - East. Your employment shall commence as soon as practical after acceptance of this offer. As Vice President, Operations - East, you will be expected to follow the Employee Manual and Company's policies and procedures then in effect and as modified from time to time by the Company. You shall report directly to John Cullen, President of Grand Heritage or his designee. Your duties will be determined and directed by John Cullen, or his designated representative. You will be based in Providence, Rhode Island; subject to a change in location should the Company deem a relocation is necessary in the best interests of the Company. 6/28/04

2. Initial Term. The initial term of your employment shall be for a period of two (2) years from the commencement of your employment. After the initial term, you shall become an employee at-will, as defined under applicable law, under terms to be addressed at or prior to the expiration of the initial term.

3. Termination. During the initial term, your employment can be terminated at any time, and without notice, for "cause." Cause shall be defined as (a) the continued failure (including incapacity to perform your duties) by you to perform your duties; (b) failure to meet goals and targets as specified by the Company, (c) any act of fraud, misappropriation, dishonesty, embezzlement or similar conduct against the Company, including its hotels; (d)



614 SW 11th Avenue, Suite G • Portland, Oregon 97205-2725
(971) 404-3100 • Fax (971) 404-3119

Mr. Victor Mills
June 23, 2004
Page 2

commission of a felony or misdemeanor; (e) illegal drug use; or (f) voluntary or involuntary dissolution of the Company. After the initial term, either you or the Hotel can terminate your employment at any time for any reason.

4. Compensation.

(a) Salary – You shall be paid an annualized salary of One Hundred Fifty Thousand Dollars ($150,000) per year, paid in equal weekly or bi-weekly installments less applicable deductions.

(b) Bonus – You will be eligible for ~~an annual discretionary~~ a quarterly bonus. The bonus/incentive criteria will be the greater of fifteen (15%) percent of your annualized base salary or five percent (5%) of Providence Biltmore Hotel, Net Operating Income (NOI) growth, quarter over quarter measured against the same quarter of the prior year. The bonus will be determined by the Board of Directors of the Company.

5. Insurance and Benefits. You will be eligible for Company sponsored insurance and benefit programs, including vacation, as set forth in the Employee Manual. Please note that the insurance and benefits set forth in the Employee Manual may be modified by the Company from time to time. Should you have any questions concerning your insurance or benefits, contact the Human Resources Department.

6. Confidentiality, Non-Competition and Non-Solicitation. As a condition of your initial employment and advancement of your employment, you will be required to execute a Non-Competition and Non-Solicitation Agreement, which is attached hereto and incorporated by reference herein.

7. Representations. Both Grand Heritage and you represent and warrant to each other that there is no broker, commission, restrictive covenant, or other binding agreement in conflict with your employment by Grand Heritage.

8. Profit Sharing Plan. You will be eligible to participate in a Grand Heritage Phantom Equity Plan which shall be determined by the Grand Heritage Board of Directors.

9. Duty of Loyalty. You will devote your entire time, attention, energies and loyalty to the business of the Company and during the course of your employment, you will not engage in any other business activity. You agree to use your best efforts in the completion of your duties to the Company.

10. Relocation Expenses. You will be offered reasonable relocation expenses for your move to the Providence, Rhode Island area. Reasonable relocation expenses shall be based on three competitive bids from movers. This expense reimbursement is taxable to you unless specific expenses can be shown to be "qualified" as tax exempt under the Internal Revenue

Mr. Victor Mills
June 23, 2004
Page 3

Code. It is your responsibility to provide the Company with the appropriate receipts and documents in support of qualifying expenses within 30 days of relocation. In addition, if you voluntarily terminate your employment or the Company terminates your employment within the first year of employment, you will be required to repay the relocation expenses on a monthly pro-rated basis. You shall be allowed to stay in the Providence Biltmore Hotel on a temporary basis, not to exceed (3) three months, in order to afford you the necessary time to find housing. You acknowledge and understand that this does not create a landlord-tenant relationship.

11. Entire Offer. This letter constitutes our entire offer regarding the terms and conditions of your prospective employment. By accepting the terms herein, you acknowledge that this offer supersedes any and all prior agreements and understandings between you and the Company, including its predecessors and affiliated companies. As a condition of your initial and advancement of your employment, you will be required to sign a Release and Waiver of Claims regarding your prior employment with the predecessor employer and affiliates. The Release and Waiver of Claims is attached hereto and incorporated by reference herein.

If the above terms are acceptable, please execute a copy of this letter and return it to me.

In addition, after review, please execute the Non-Competition and Non-Solicitation Agreement as well as the Release and Waiver of Claims and return these to me as well.

On behalf of Grand Heritage Management, LLC, we welcome you to our team and feel confident the relationship will be mutually rewarding.

Sincerely,

6/23/04

Mike Mason, Vice President-People
Grand Heritage Management, LLC

Agreed and Accepted:

6/24/04

Victor Mills

W314370.1