PLAINTIFF'S EXHIBIT

CHESAPEAKE
HOTEL GROUP

# POLICY STATEMENT
# REGARDING SEXUAL HARASSMENT

Consistent with Chesapeake Hotel Group's continuing commitment that the employment of associates with the Company should be based solely on qualifications and demonstrated performance. We wish to emphasize that both the law and company policy make it illegal and unacceptable for any associate, male or female, to harass another associate in the work place or other settings in which associates may find themselves in connection with their employment. It is important to understand that the offensive behavior need not be intentional, but if it is perceived as offensive or creating an abusive working environment, it may constitute sexual harassment, and is therefore unacceptable. Sexual harassment includes many forms of offensive behavior. The following is a partial list of the types of conduct, which could constitute harassment:

- Unwanted sexual advances.
- Offering employment benefits in exchange for sexual favors.
- Making or threatening reprisals after a negative response to sexual advances.
- Visual conduct such as leering, making sexual gestures, displaying of sexually suggestive objects, pictures cartoons or posters.
- Verbal conducts such as making or using derogatory comments, epithets, slurs and jokes.
- Verbal sexual advances or oppositions
- Verbal abuse of a sexual nature such as graphic verbal commentaries about an individual's body, sexually degrading words to describe an individual, suggestive or obscene letters, notes or invitations.
- Physical conduct such as touch, assault, impeding or blocking movement.

We encourage any associate who believes that he/she has been subjected to sexual harassment, whether by a co-employee, a member of management, a vendor, or a guest to immediately report the incident to his/her supervisor, department head, or Human Resources. An investigation will promptly be conducted to gather all relevant facts and determine appropriate actions. All associates' can be assured that retaliation of any kind will not be tolerated. Our guiding principle is that all employees have a right to work in a discrimination free environment, which includes freedom from sexual harassment. If you observe behavior of this nature, accept it as your responsibility to report it immediately.

It is most important that all associates realize that sexual harassment will not be tolerated and that offenders will be subject to disciplinary action, up to and including termination.

John W. Cullen, IV
President

**EMPLOYEE ACKNOWLEDGMENT**

I, Viara Mius, hereby acknowledge receipt of a copy of the Chesapeake Hotel Group's policy statement concerning Sexual Harassment. I have read and familiarized myself with the contents, and I understand my responsibility for adhering to this policy. I agree to abide by the above Company Policy Statement.

Associate's Signature

6/25/05
Date