[redacted]

CHESAPEAKE
HOTEL GROUP

## Chesapeake House Rules

| |
|---|
| You are expected to familiarize yourself regularly with these guidelines and with other publications as required by management. |

1. I understand that the first priority of business is to give our guests consistent, attentive, courteous and efficient customer service.

2. I have been shown the designated employee entrance and parking area and agree to use only that entrance and parking.

3. I agree not to enter the Hotel earlier than 15 minutes before my scheduled shift and to leave the property within 15 minutes after the end of my shift.

4. I understand that all personal effects (i.e., purses, duffel bags, etc.) may be subject to random security check.

5. If I have been assigned a locker, I understand that this benefit is provided to me to store my personal belongings. I will not place valuable belongings in the locker or desk (if assigned), as I understand that the Hotel cannot accept responsibility for loss of or damage to such items. Perishable items should not be stored in lockers or desks for prolonged periods. I also understand there may be periodic, unannounced inspections of the locker and its contents by management or security personnel.

6. I understand that my schedule will be posted as soon as the business for the upcoming week can be forecasted and that my attendance is *mandatory* on those days scheduled. I also understand that if, through an emergency, I cannot arrive at work on the scheduled day and time, I will call my department and speak with a manager or the Manager on Duty to explain my absence at least *two hours* in advance of the time I am scheduled to report to work. I will work according to my schedule, and will not work overtime unless authorized by my manager.

7. I understand that book, newspapers, or other non-company-sponsored publications are not to be read in any location in view of the public.

8. I understand that my uniform must be maintained in proper condition and a nametag will be worn at all times so as to present a professional appearance. Regulations concerning uniforms to and from the work place are subject to individual department head's instructions.

9. I will not take time off during regularly scheduled work hours without authorization from my department head.

GH0089

| |
|---|
| These guidelines are to be utilized with sound management judgment and do not indicate or imply a contract with Associates. |

## Chesapeake House Rules –*continued*

f) Any language or conduct which has the purpose of threatening or intimidating fellow associates or guest; or causes fellow associates or guests to have concern about personal and/or physical safety.

g) Hitting, pushing, or otherwise striking another person, threats of violence or possessing a dangerous weapon while on Hotel property.

h) Willful falsification of Hotel records including, but not limited to, employment application, payroll documents, time cards, and financial reports, etc.

i) Using offensive language such as swearing or other inappropriate language, or provoking a fight on Hotel time or property.

j) Failure to report to work for three consecutive scheduled shifts/days is considered a voluntary resignation.

k) Insubordination, including failure or refusal to perform assigned duties as requested by your supervisor or management.

l) Failure to remain in work area during work time, unless authorized by management.

m) Unauthorized use of guestrooms or guest facilities. Unauthorized presence at guest functions or in guest areas, including, but not limited to, guestrooms, restaurants, and bars, lounges or meeting rooms. Associates may not actually socialize with, date, or meet with guests, associates, or visitor on property, unless part of a bona fide job responsibility.

n) Unauthorized acquisition, distribution or disclosure of Hotel materials, documents, or confidential information.

o) Sleeping or malingering during scheduled workday.

p) Unlawful, immoral conduct or behavior otherwise deemed unbecoming a Hotel employee.

q) Failure to provide satisfactorily perform work or job assignments.

r) Failure to comply with the Hotel's policy on Non-Harassment in the work place. This includes but is not limited to discrimination or harassment against a guest or a fellow employee because of race, color, age, religion, sex, national origin, disability, sexual orientation or any condition or status protected by law.

s) Giving confidential or proprietary Hotel information to other associates; an outside Hotel or agency; the news media; guests; or discussing confidential Hotel information in public areas in the presence of guests.

t) Failure to maintain accurate and proper accountability and control of cash banks or related Hotel cash. Excessive or continuous cash shortages or other irregularities are unacceptable.

These guidelines are to be utilized with sound management judgment and do not indicate or imply a contract with Associates.

## Chesapeake House Rules –*continued*

u) Failure to report accidents, breakage or damage to equipment and machinery, which occurs when you are assigned to drive or use equipment and machines. Giving false information when accidents are being investigated, receiving traffic violations when operating Hotel vehicles or driving a Hotel vehicle without a valid license.

v) Failure to comply with Hotel policies and/or directives, including, without limitation, the policies and procedures outlined in the Employee Handbook.

These rules and policies are not all-inclusive, but indicate the type of policies and rules, which apply to your employment at Chesapeake Hotel Group. Violation of these and other established work or safety rules may result in possible disciplinary actions including counseling, formal warnings, suspension, probation, and immediate discharge. The specific action taken will depend on the nature of the offense, the circumstances and your previous employment record.

**I have read and will abide by Chesapeake Hotel Group's guidelines as they have been established or changed. I accept responsibility for knowing the modifications and changes. I understand that failure to follow these guidelines will be cause for disciplinary action and/or dismissal from employment with Chesapeake Hotel Group.**

Print Name

Date

Associate Signature

These guidelines are to be utilized with sound management judgment and do not indicate or imply a contract with Associates.