PLAINTIFF'S EXHIBIT

# The Chesapeake Look
# Standards of Appearance – *continued*

## MALE ASSOICATES

### *Acceptable Attire*

a. Suits or blazers and slacks in conservative solid colors, tweed or pin stripes, or sports jackets in neutral shades with slacks. Suit jackets/blazers are required when in public areas.

b. Collared white, conservative-colored or pin striped dress shirts must be worn with conservative ties at all times.

c. Conservative dress socks which match the color and style of the pants must always be worn.

### Unacceptable Attire

Casual, denim, faddish, informal khaki-style pants or slacks are not acceptable business attire.

***MANAGEMENT DISCRETION***

Management reserves the right to review a uniformed or non-uniformed assoicate's attire and make a judgment as to whether it is representative of Chesapeake Hotel Group's professionalism requirements. An Associate may be requested to leave the property to change to attire which meets Chesapeake Group's policy of tailored, professional and conservative attire. If an associate is requested to leave property to change, this time will be ***unpaid.***

**I have read and will abide by the Appearance Guidelines of Chesapeake Hotel Group as they have been established or changed. I accept responsibility for knowing the modifications and changes. I understand that failure to follow these guidelines will be cause for disciplinary action and/or dismissal from employment with Chesapeake Hotel Group.**

Vierra Mius
Print Name

6/2/06.
Date

Associate Signature



These guidelines are to be utilized with sound management judgment and no not indicate or imply a contract with Associates.

GH0069