# DECLARATION OF ERIN CONNORS

I, Erin Connors, under penalty of perjury hereby state as follows:

1. I am currently the Small Meeting Sales Manager at The Providence Biltmore Hotel. Prior to my current position, I was a Sales Assistant at the Hotel.

2. Victor Mills was General Manager of The Biltmore from about July, 2004 to December, 2004. I was a Sales Assistant at that time.

3. During Mills' employment at the Hotel I observed him act inappropriately toward other female employees, including myself. He would routinely put his arm around me. When he did this I would try to move away from him. His contact toward me was definitely unwelcome.

4. In the fall of 2004, I was in the reservations department and Mills came up behind me and kissed me on the back of my head. Crystal St. Louis, another employee, observed this and we talked about it later. The kiss was unwelcome and not something I would expect in the workplace. Given that this conduct was from a General Manager made it even worse. I didn't even know who to complain to since he was in charge of the entire Hotel.

5. I also heard Mills make unprofessional and inappropriate comments to other female employees, including Coni, Stephanie and Lauren Nyzio, who is the human resources director.

6. We had conversations about Victor and referred to him as "creepy," "sketchy" and "weird." I believe he created a sexually hostile work environment at the Hotel for female employees. I would not feel comfortable being alone with him in the office. I believe most female sales employees felt the same way.

7. On one occasion, Mills commented to me "I feel like killing someone today." I thought it was a strange comment, and he appeared to be serious.

8. It did not appear to me, and my co-workers, that Mills took his job as General Manager seriously. He was often absent from the office, and as a result of his demeanor and lack of seriousness, no one took him seriously. When I went to Mills with issues or problems related to groups in the hotel or bookings, he just didn't deal with it, and seemed to ignore the issues. It was as if we had no General Manager when he was here.

9. Around early December, 2004, I was interviewed by the corporate office about my observations about Mills' behavior. I told them that he acted inappropriately as set forth above.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6 day of February, 2006 in Providence, Rhode Island.

Erin M. Connors

Erin Connors

W702528.1