12-03-04

This is a statement to describe events that occurred on 11-30-04. I was sitting at Crystal's desk and I saw Stephanie Doran walking down the hallway. I then saw Mr. Mills step out of his office and I heard him say "Wow" aloud, after she was out of sight.

He turned around and looked right at me. Probably unsure if he had said something aloud, which he had.

I also notice two other incidents that day where she was walking in the same direction. He would come out of his office until she reached her destination, and then return to whatever it is that he was doing.

This is not the first time that something like this has happened. On 2 separate occasions, a Sales Manager and a Sales Assistant were in reservations talking to Crystal, when he walked up behind them, hugged them and kissed them on the back of their heads. This was very unprofessional and very embarrassing to at least one of the individuals. I find this behavior unacceptable and I hope that this does not become a bigger issue than it already has.

Autumn Neugent

[redacted]