UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GRAND HERITAGE HOTEL GROUP, LLC, Plaintiff, | : | |
| v. | : | C.A. No. 04-528T |
| VICTOR H. MILLS, Defendant. | : | |

**GRAND HERITAGE HOTEL GROUP, LLC'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Pursuant to the Pretrial Order (p. 17, ¶ 5) issued by this Court on April 7, 2005, appendices and/or exhibits attached to statements of fact shall not exceed twenty (20) pages in aggregate. The facts supporting Grand Heritage Hotel Group, LLC's ("Grand Heritage") memorandum in support of its motion for summary judgment are set forth in declarations from numerous Grand Heritage staff and deposition testimony from the Defendant, Victor H. Mills ("Mills"), Lauren Nyzio, Grand Heritage Human Resources Manager and Merilyn Mangum, Vice President and Chief Legal Counsel responsible for human resources at Mills' former place of employment, Peabody Hotel Group. Accordingly, Grand Heritage seeks leave to exceed the page limits for exhibits to the statement of facts. Specifically, Grand Heritage seeks to file approximately 150 additional pages of exhibits to its statement of facts. In further support of this Motion, Grand Heritage, relies upon the accompanying Memorandum of Law.

P132661.1

GRAND HERITAGE HOTEL GROUP, LLC

By its attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
aprescott@nixonpeabody.com
sbcollier@nixonpeabody.com

Of counsel:
Jonathan W. Greenbaum, Esq.
NIXON PEABODY LLP
401 9th Street, N.W.
Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)
jgreenbaum@nixonpeabody.com
Counsel for Plaintiff
Grand Heritage Hotel Group, LLC

Dated: March 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Grand Heritage Hotel Group, LLC's Motion for Leave to Exceed Page Limits was served via first-class mail, on this 17th day of March, 2006 upon:

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GRAND HERITAGE HOTEL GROUP, LLC, Plaintiff, | : | |
| v. | : | C.A. No. 04-528T |
| VICTOR H. MILLS, Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF GRAND HERITAGE HOTEL GROUP, LLC'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

## I. FACTS

Plaintiff, Grand Heritage Hotel Group, LLC ("Grand Heritage"), filed this action in December of 2004. Though the discovery process, four depositions have been taken, thousands of pages of documents have been produced between the parties, and documents have been obtained from third-parties. Additionally, Plaintiff, obtained declarations from many of the witnesses involved this litigation to include in its statement of undisputed facts. The declarations, including exhibits, alone consist of approximately 32 pages. Deposition excerpts and deposition exhibits identified, but not included, in the statement of facts comprise of approximately 115 pages.

## II. ARGUMENT

Grand Heritage seeks leave of this Court to exceed the twenty (20) page limit for exhibits to statements of undisputed fact.

The facts supporting Grand Heritage Hotel Group, LLC's ("Grand Heritage") memorandum in support of its motion for summary judgment involve declarations from many

sources* including witness declarations from Grand Heritage staff and testimony from the Defendant, Victor H. Mills ("Mills"), Lauren Nyzio, Grand Heritage Human Resources Manager and Merilyn Mangum, Vice President and Chief Legal Counsel responsible for human resources at Mills' former place of employment, Peabody Hotel Group ("Peabody").

Grand Heritage believes that the Court should have its disposal of the declarations cited by Grand Heritage. Also, Grand Heritage seeks to provide to the Court documents from Mills' former employer, Peabody, which evidence the inappropriate conduct at Peabody and Peabody's response.

## III. CONCLUSION

For the reasons set forth above, Grand Heritage respectfully requests that this Court grant it leave to file additional exhibits in support of its statement of facts.

GRAND HERITAGE HOTEL GROUP, LLC

By its attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
aprescott@nixonpeabody.com
sbcollier@nixonpeabody.com

* Grand Heritage has provided all of these declarations to Defendant so that he has them while preparing a response to the motion for summary judgment.

Of counsel:
Jonathan W. Greenbaum, Esq.
NIXON PEABODY LLP
401 9th Street, N.W.
Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)
jgreenbaum@nixonpeabody.com
Counsel for Plaintiff
Grand Heritage Hotel Group, LLC

Dated: March 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Memorandum in Support of Grand Heritage Hotel Group, LLC's Motion for Leave to Exceed Page Limits was served via first-class mail, on this 17 day of March, 2006 upon:

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

Nancy R. Mahoney