UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GRAND HERITAGE HOTEL GROUP, LLC, Plaintiff, | : | |
| v. | : | C.A. No. 04-528T |
| VICTOR H. MILLS, Defendant. | : | |

FILED
MAR 1 7
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GRAND HERITAGE HOTEL GROUP, LLC'S**
**MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Pursuant to the Pretrial Order (p. 17, ¶ 5) issued by this Court on April 7, 2005, appendices and/or exhibits attached to statements of fact shall not exceed twenty (20) pages in aggregate. The facts supporting Grand Heritage Hotel Group, LLC's ("Grand Heritage") memorandum in support of its motion for summary judgment are set forth in declarations from numerous Grand Heritage staff and deposition testimony from the Defendant, Victor H. Mills ("Mills"), Lauren Nyzio, Grand Heritage Human Resources Manager and Merilyn Mangum, Vice President and Chief Legal Counsel responsible for human resources at Mills' former place of employment, Peabody Hotel Group. Accordingly, Grand Heritage seeks leave to exceed the page limits for exhibits to the statement of facts. Specifically, Grand Heritage seeks to file approximately 150 additional pages of exhibits to its statement of facts. In further support of this Motion, Grand Heritage, relies upon the accompanying Memorandum of Law.

**DENIED**
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
3/27/06

P132661.1

GRAND HERITAGE HOTEL GROUP, LLC

By its attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
apresscott@nixonpeabody.com
sbcollier@nixonpeabody.com

Of counsel:
Jonathan W. Greenbaum, Esq.
NIXON PEABODY LLP
401 9th Street, N.W.
Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)
jgreenbaum@nixonpeabody.com
Counsel for Plaintiff
Grand Heritage Hotel Group, LLC

Dated: March 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Grand Heritage Hotel Group, LLC's Motion for Leave to Exceed Page Limits was served via first-class mail, on this 17th day of March, 2006 upon:

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903