was going on.
Q Well, because you had been reporting to his supervisors behind his back; correct?
MS. COLLIER: I object.
A Yeah, because he was doing things wrong so, yes.
Q And he found out you were reporting to his supervisors behind his back; correct?
A Yes.
Q And he wanted to talk to you about that; correct?
A Yes.
Q You were his executive assistant and were suppose to report directly to him; correct?
A Yes.
Q So when he asked to speak with you, what did he say?
A Well, he shut both the doors. Actually, I believe he slammed the doors and he sat on the other side of the table from me, and he said, he was asking me why he thought Mike Mason was coming in, what did I think what was going to happen when he came here, why was he coming and talk to him, just asking me a bunch of questions. I don't remember the full conversation.
Q What did you tell him?
A Uhh -- I told him that he had been doing things all along, because he said, what have other people been







saying about me. And I said, well people are saying that you're inappropriate and you're not professional. And he's like, well how, you know, and he asked me why, why would they say that. And I said about the biking thing. I had told him about having his bike all the time in the office and being on Ebay all the time and telling all the employees oh look at the bike part I'm getting on Ebay. Just the little things that he was doing and not showing up for meetings, I told him about that.
There were a lot of instances, I don't know exactly what I discussed with him. There were other things that he had done like when he went up to the, one of the training managers for alternate parking and instead of saying hi to him, he went up and did like a karate chop to him. And I had found that out, but I don't know if I had ended up mentioning that to him in the meeting. But there were things like that that were going on and I just tried to tell him, this has been going on, people don't think you're a good manager, they've expressed their concerns. I said, you know, I don't think I told him I had received a complaint.
I just tried the best of my ability when being confronted by someone, you know, who's your manager I don't know how, to tell him exactly what was going on.







Q Did you like Victor Mills?
A He was a nice person.
Q Did Mr. Mills ask you in that meeting why you had not brought these complaints to his attention previously?
A Yes.
Q And what did you say?
A I think I said I didn't know how to approach him with it. That's how it was. I was new to the position. I didn't know how to go and tell my new boss, well, he's still my boss, but I didn't, you know, in a management position that I had never had before, all this is going on. So I had actually gone to corporate like I would think I would have to do.
Q And did he express disappointment in that meeting that you had not been his eyes and ears --
A Yes.
Q -- as requested?
A I don't know if as requested, but he said that I should have been his eyes and ears, you know, as HR manager or executive assistant that's what I should be. But when a complaint is about that actual person, I didn't feel that he's the person to tell it to. I feel that someone who's his boss is the person to tell it to.
Q Well, to be fair wasn't his complaint to you in that







meeting that he had asked you to be his eyes and ears and you failed to do that? Wasn't that his complaint to you?
MS. COLLIER: Objection.
A No, he didn't ask me. I said I didn't remember if he asked me or not. He was saying I should of been.
Q Right.
A Like I should have been all that time like I should of known that I'm suppose to watch out for him? I mean what?
Q I'm not quarreling with you as to whether he made the request or whether his request was reasonable. What I'm saying is: In that meeting that he had on or about December 3rd, 2004 when he asked you why Mike was coming out, didn't he say to you at that meeting, Lauren, you were supposed to be my eyes and ears, I asked you to be my eyes and ears, why didn't you tell me any of this? Didn't he say that to you?
A He might of said you were supposed to be. I mean is that my job? No, to be his eyes and ears.
Q Lauren, I said I'm not quarreling with you as to whether --
A Well, you know, I'm just saying.
Q I'm not quarreling with you as to whether the request was a reasonable one. That's another issue. The issue was