**From:** Michael Mason
**Sent:** Tuesday, June 8, 2004 11:58 PM (GMT)
**To:** 'John Cullen' <jwc@grandheritageinternational.com>
**Subject:** Get comfortable This is long - Update
**Attach:** Bob Roe - CFO.doc; Greg Beck -CFO.doc; RICHARD DesVAUX- CFO.doc; V. Mills VP.doc

---

CFO Candidates:

My two top choices are Rick DesVaux and Bob Roe. Greg Beck is good but concerned about fit. Bob Roe can travel this week or the week of the 20th.
Rick is a Friday travel deal.

Vanderbilt- should have references by tomorrow.
Michael Phillips and Michael Gaston. More info to follow both are motivated AND Phillips could be the Biltmore solution (GM).

VP East Coast – Victor Mills –Very good conversation. Today with Tishman (Marriott Warner Center L.A.).And they want to put in a "Starwood Type" GM.
You will see Peabody (Memphis) and Hilton experience. When talking about strengths he was very clear that he is not an expert in any one area but ensures he hires experts. He can fly anytime to meet us anywhere. Resume attached with additional comments.

There is one more VP candidate that needs to be screened.

Phone call set for Friday with GM's re: staffing...

Vanderbilt will be covered by Jill from Sat through Tuesday when Norma returns. Speaking to Norma she is comfortable with it.

Left message for Hagger will call him again early am ...a good day fishing ....

Met with Mary Arnstad. Very nice person, well connected, more interested in a Sales Marketing role not Operations...BUT....... she drops a lot of names and talked incessantly. We should discuss this in more detail.

I am thinking if Victor Mills works out based upon our size he might be a good solution for the next 6-8 months until we get more properties.

Hope all is well........will be pressing Debby for your schedule

Mike Mason
Vice President - People
Grand Heritage Hotel Group
971.404.3102