**From:** Michael Mason
**Sent:** Tuesday, June 15, 2004 11:41 AM (GMT)
**To:** John Cullen (jwc@grandheritageinternational.com)
**Subject:** update

---

John:

You may have noticed that your calendar has three interviews on Monday and Tuesday next week. We should make some good progress as a result.

Spoke to Norma W last night she knows Victor Mills (candidate fro VP Ops) worked with him at Hyatt Nashville 74-79.

They spoke yesterday. Her experiences with Victor, although quite some time ago, where very positive. More references to follow. As with the other candidates I will provide my interview notes.

Resumes are surfacing for Biltmore FO and HSKPR. Interviews are being scheduled. Will be speaking to Stanley today on Controller candidates. Chef at Vndblt on hold until we get GM in place.

For the CFO and VP ops candidates the Profit Sharing Plan is key…Is there someone already working on this or is it me?

John Shisler has bronchitis I will be giving him his separation letter today. I understand he is coming in today..Sorry to have to do it while he is sick, but it's a business decision and he knows it's coming.

Other than that…life's good.

MM