Finally, on an unrelated matter, I enclose a copy of correspondence from Claude Zobell confirming that Ms. Mangum had no changes to her deposition transcript.

Thank you.

Sincerely,

Stacie Boeniger Collier (ml)

Stacie Boeniger Collier

SBC/ml

cc: Andrew B. Prescott, Esq.