UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff

v. C.A. No. 04-528-L

VICTOR H. MILLS
Defendant

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/~~Defendant~~ hereby moves that Jonathan W. Greenbaum, Esq. of Nixon Peabody LLP be admitted *pro hac vice* in the above-referenced case as co-counsel with Rhode Island counsel identified below.

Andrew B. Prescott (#3758) (ABP)
Stacie B. Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000; (401) 454-1030 (fax)
aprescott@nixonpeabody.com

DATED: May 16, 2006

P134504.1

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Maryland, Virginia, and the District of Columbia and the following Federal District Court and/or Court of Appeals Bar(s) United States District Court of Maryland, Eastern District of Virginia, and District of Columbia, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provided the date(s), case name(s), and name(s) of the judge(s) who presided.)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the proceeding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Jonathan W. Greenbaum (DC No. 412408, VA No. 47626, MD, 4144)

Print Name State Bar ID#

Jonathan W. Greenbaum, Esq.

Firm Name

Nixon Peabody LLP

Business Address

401 9th Street, NW, Suite 900
Washington, DC 20004-2128
Tel. # 202-585-8000
Fax # 202-585-8080
jgreenbaum@nixonpeabody.com

P134504.1

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Andrew B. Prescott 3758

Print Name R.I. Bar ID #

Nixon Peabody LLP
Firm and Business Address
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel. # 401-454-1000 Fax # 401-454-1030
aprescott@nixonpeabody.com

ORDER

This Motion is hereby ______________________________

District Judge

Date:

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2006, I mailed a true copy of the within Motion for Entry of Appearance Pro Hac Vice via facsimile and U.S. mail, postage prepaid upon:

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903

Nancy R. Mahoney