**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**EMERGENCY MOTION TO QUASH SUBPOENA DUCES TECUM**

Now comes the defendant, Victor Mills and hereby objects to the Motion for Admission Pro Hac Vice of Jonathan Greenbaum. As grounds therefore, Defendant relies upon the accompanying Memorandum of Law.

Defendant,
VICTOR H. MILLS,

Melody A. Alger, Esquire, #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903 on this 16 day of May, 2006.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

GRAND HERITAGE HOTEL GROUP, LLC
Plaintiff,

Vs. C. A. NO.: 04-528T

VICTOR H. MILLS
Defendant.

**MEMORANDUM IN SUPPORT OF DEFENDANT'S OBJECTION TO MOTION FOR ADMISSION PRO HAC VICE**

Out-of-state counsel, Jonathan Greenbaum has, on the eve of trial, filed a Motion for Admission pro hac vice. Defendant objects in that Mr. Greenaum has, in the context of this very case, been reprimanded by Magistrate Judge Almond for failure to comply with court rules. See Exhibit A.

Specifically, Mr. Greenbaum executed two Rhode Island subpoenas, prior to initiation of discovery, requesting that documents be returned to his law office in Washington, DC. Mr. Greenbaum is not admitted to practice in this jurisdiction. , Attorney Greenbaum signed the Rhode Island subpoena in violation of F.R.C.P. 45 as he is not authorized to practice in this jurisdiction. His conduct warranted an admonition by Judge Almond.

Furthermore, it is believed that Mr. Greenbaum is a fact witness to Mr. Mills' termination, which should be borne out in depositions scheduled for May 19, 2006.

Defendant,
VICTOR H. MILLS,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
Phone: 401-331-1434
Fax: 401-351-9653

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

Andrew B. Prescott, Esquire
Stacie Boeniger Collier
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903

on this 16 day of **May**, 2005.