UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC :
:
:
v. : C.A. No. 04-528T
:
VICTOR H. MILLS :

**MEMORANDUM AND ORDER**

This is a declaratory judgment / breach of contract dispute arising from Plaintiff's termination of Defendant's employment. Defendant's employment responsibilities included serving as General Manager at the Providence Biltmore Hotel operated by Plaintiff.

On February 7 and 10, 2005, Defendant filed Motions to Quash document subpoenas served on non-parties – in one case, a prior employer of Defendant. Defendant argues that Plaintiff's subpoenas are premature, violate Fed. R. Civ. P. 45 and seek irrelevant documents. Defendant's Motions to Quash have been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); Local Rule 32(c). A hearing was scheduled for February 14, 2005. Prior to the hearing, Plaintiff's counsel indicated by letter that the subpoenas in dispute had been withdrawn and asked that the hearing be cancelled.

Although Plaintiff's withdrawals moot Defendant's Motions to Quash, this Court has reviewed the subpoenas and is compelled for the record to communicate its strong concerns to Plaintiff as to two aspects of the subpoenas. First, the subpoenas are invalid on their face as they purport to be issued from this Court but command production outside of this judicial district in the District of Columbia. See Fed. R. Civ. P. 45(a)(2); James v. Booz-Allen & Hamilton, Inc., 206

9

F.R.D. 15, 19 (D.D.C. 2002). Second, and more significantly, the District of Rhode Island subpoenas are both signed by an attorney who has not appeared in this action and is not admitted to practice before this Court. Plaintiff is cautioned to strictly conform its future discovery and subpoena practice in this matter to the Federal Rules of Civil Procedure and this Court's Local Rules.

For the foregoing reasons, Defendant's Motion to Quash (Document No. 5) and Emergency Motion to Quash (Document No. 6) are DENIED as moot. Plaintiff's Withdrawals of Subpoena (Document Nos. 7 and 8) are GRANTED subject to the concerns noted above.

LINCOLN D. ALMOND
United States Magistrate Judge
February 14, 2005