UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC

       v.                            CA No. 04-528-T

VICTOR H. MILLS

### ORDER

This matter having come before the Honorable Judge Ernest C. Torres on May 17, 2006, pursuant to Defendant's Partial Appeal of and Objection to Magistrate Judge Almond's Memorandum and Order of March 29, 2006, and after hearing thereon, it is hereby:

### ORDERED, ADJUDGED AND DECREED

That:

1. If Michael Mason is the R. 30(b)(6) designee of Grand Heritage, he must be produced for a deposition no later than May 27, 2006, or, within the same period, Grand Heritage must re-designate and produce a R. 30(b)(6) deponent; and

2. If Grand Heritage designates someone else as its R. 30(b)(6) representative, Grand Heritage is precluded from offering Mr. Mason as a trial witness or relying upon Mr. Mason's testimony at trial or in support of its motion for summary judgment unless Mr. Mason first appears in Rhode Island to be deposed no later than May 27, 2006.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge
Date: May 22, 2006