UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC, Plaintiff,

v.

VICTOR H. MILLS, Defendant.

C.A. No. 04-528T

6/14/06: DENIED AS MOOT IN VIEW OF THE RECENTLY FILED DISMISSAL STIPULATION. USMJ

## GRAND HERITAGE HOTEL GROUP, LLC'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Grand Heritage Hotel Group, LLC, moves pursuant to Fed. R. Civ. P. 56 and Loc. R. 56 for summary judgment. As set forth in more detail in its supporting memorandum, Plaintiff seeks, with respect to Count I of its complaint, a declaration that it has not breached an agreement with Defendant and that it terminated Defendant's employment for just cause. Plaintiff also seeks summary judgment, with respect to Count II of its complaint, which alleges that Defendant breached the covenant of good faith and fair dealing implicit in his agreement with Plaintiff.

Additionally, Plaintiff seeks summary judgment on Defendant's five counterclaim counts. Those counts allege breach of employment contract, false representations, unlawful termination, breach of good faith and fair dealing, and abuse of process.

In support of its motion, Plaintiff submits herewith (1) Memorandum of Law in Support of Plaintiff's Motion For Summary Judgment and (2) Plaintiff's Loc. R. 56(a) Statement of Undisputed Facts.

Referred to U.S.M.J. Almond
☑ for findings & recommendations
☐ for determination
☐
Ernest C. Torres, Chief Judge
Date: 4/11/05

5-11-04 @ 10

P131190.1

GRAND HERITAGE HOTEL GROUP, LLC

By its attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
aprescott@nixonpeabody.com
sbcollier@nixonpeabody.com

Of counsel:

Jonathan W. Greenbaum, Esq.
NIXON PEABODY LLP
401 9th Street, N.W.
Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)
jgreenbaum@nixonpeabody.com
Counsel for Plaintiff
Grand Heritage Hotel Group, LLC

Dated: March 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Grand Heritage Hotel Group, LLC's Motion for Summary Judgment was served via first class mail, on this 17th day of March, 2006 upon:

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903