UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC, Plaintiff,

v. : C.A. No. 04-528T

VICTOR H. MILLS, Defendant.

RECEIVED
JUN 1 2 2006
Property of U.S. District Court
District of Rhode Island

**CONSENT JUDGMENT AND**
**JOINT DISMISSAL STIUPLATION**

Plaintiff, Grand Heritage Hotel Group, LLC ("Grand Heritage"), and Defendant, Victor H. Mills, hereby agree that judgment may enter as follows:

Judgment of dismissal for Plaintiff, Grand Heritage, and against Defendant, Victor H. Mills, on Count III (Unlawful Discharge) of Defendant's Counterclaim; no interest, no costs.

All other counts of Defendant's Counterclaim and both counts of Plaintiff Grand Heritage's Complaint are dismissed with prejudice by agreement of the parties; no interest, no costs.

The parties waive all rights of appeal of this final Judgment.

GRAND HERITAGE HOTEL GROUP, LLC

By its Attorneys:

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax

VICTOR H. MILLS

By his Attorneys:

Melody A. Alger (#4585)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
(401)331-1434
(401) 351-9653 fax

ENTER:

Ernest C Torres
6/16/06

BY ORDER:

3135137.1