UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRAND HERITAGE HOTEL GROUP, LLC :
:
:
v. : C.A. No. 04-528T
:
VICTOR H. MILLS :

**ORDER REGARDING ASSESSMENT OF JURY COSTS**

On May 23, 2006, a jury empanelment was conducted in this case, and a jury of eight was seated. A total of twenty-five prospective jurors was utilized in the empanelment at a total taxpayer expense of $1,442.55. On or about May 30, 2006, the parties verbally reported that a settlement had been reached. However, a dismissal stipulation was not filed until June 12, 2006 and entered by Chief Judge Torres on June 16, 2006.

Pursuant to paragraph 20 of Chief Judge Torres' Pretrial Order and Local Rule Cv 39.4(b), jury costs may be assessed in cases settled after jurors have been summoned for empanelment. Chief Judge Torres has referred the issue of jury cost assessment in this case to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). A telephone conference was held with counsel for the parties on June 21, 2006.

This Court concludes that an assessment of jury costs is appropriate. This case was over eighteen months old at the time it settled. The parties unsuccessfully utilized the mediation resources of the Court's ADR Administrator on June 14, 2005 and Senior Magistrate Judge Lovegreen on May 16, 2006. This was not a complicated case, and this Court does not see any compelling reason why the settlement in this case could not have been reached at the May 16, 2006

settlement conference or, at least, between that conference and the May 23, 2006 empanelment. The failure to settle prior to that time resulted in an unnecessary expense to taxpayers and, more importantly, an unnecessary inconvenience to the citizens summoned for empanelment. Based on the circumstances, this Court was prepared to find the parties equally culpable and to split the jury costs between them. However, during the telephone conference, counsel advised the Court that Plaintiff had agreed to pay any jury costs assessed as part of the settlement. Thus, the entire $1,442.55 jury cost in this matter will be assessed to Plaintiff. Plaintiff shall pay this assessment by check payable to the Clerk, U.S. District Court, on or before July 31, 2006.

SO ORDERED

LINCOLN D. ALMOND
United States Magistrate Judge
June 21, 2006

Deputy Clerk